Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (fax)

Attorney for Petitioner Filemon Vazquez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Filemon Vazquez,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-01517-RFB-BNW

**Stipulated Extension of Time to file Amended Petition (First Request)**

On May 19, 2026, this Court appointed the Federal Public Defender to represent Petitioner Filemon Vazquez. This Court further ordered that Mr. Vazquez's counsel would file an amended petition by today, June 2, 2026

Counsel for Mr. Vasquez has not had an opportunity to confer with Mr. Vazquez, and so requests an extension of time of 7 days, moving the amended petition deadline to June 9, 2026.

Respectfully submitted this 2nd day of June, 2026.

| | |
|---|---|
| Todd Blanche<br>Acting Attorney General of the United States<br>Sigal Chattah<br>First Assistant United States Attorney | Rene L. Valladares<br>Federal Public Defender |

| | |
|---|---|
| */s/ Tamer B. Botros*<br>Tamer B. Botros<br>Assistant United States Attorney | */s/ Randolph M. Fiedler*<br>Randolph M. Fiedler<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_\_\_\_June 3, 2026.\_\_\_\_\_

2