Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (fax)

Attorney for Petitioner Filemon Vazquez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Filemon Vazquez,<br><br>       Petitioner,<br><br>   v.<br><br>Todd Blanche, *et al.*,<br><br>       Respondents. | Case No. 2:26-cv-01517-RFB-BNW<br><br>**Stipulated Extension of Time to file Amended Petition (Second Request)** |

On June 2, 2026, the parties stipulated to an extension of time for the amended petition because counsel for Mr. Vazquez had not had an opportunity to confer with him. This Court accepted the stipulation.

After conferring with Mr. Vazquez, counsel for Mr. Vazquez has concluded that review of the audio or transcript of Mr. Vazquez's May 6 custody redetermination hearing is necessary. *See* ECF No. 9-1 at 2.  Counsel for respondents has certified that they have turned over all documents that are in their possession, custody, and control, but have not turned over the audio or transcripts for these records which are not in Federal Respondents' possession, custody or control. *See* ECF No. 8 at 2. Counsel for Mr. Vazquez has requested these records from the immigration court which has them in their possession, custody or control.

The parties stipulate that Mr. Vazquez's amended petition deadline be extended 15 days, to June 24, 2026.

Respectfully submitted this 9th day of June, 2026.

| | |
|---|---|
| Todd Blanche | Rene L. Valladares |
| Acting Attorney General of the United States | Federal Public Defender |
| Sigal Chattah | |
| First Assistant United States Attorney | |
| | |
| */s/Tamer B. Botros* | */s/ Randolph M. Fiedler* |
| Tamer B. Botros | Randolph M. Fiedler |
| Assistant United States Attorney | Assistant Federal Public Defender |

**IT IS SO ORDERED:**

**DATED:** June 10, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2